DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ERIC PATWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1872

_____

June 19, 2026

Appeal from the Circuit Court for Pasco County; Joshua Riba, Judge.

Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

Eric Patwell, pro se.

James Uthmeier, Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.